1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER F. THOMAS,<br><br>　　　　　Petitioner,<br>　　vs.<br>UNKNOWN,<br>　　　　　Respondent.<br>_____ | Case No. CV 11-9509 JAK (MRW)<br><br>JUDGMENT |

　　Pursuant to this Court's Order,

　　IT IS ADJUDGED that this action is dismissed without prejudice.

DATE: 12/19/2011

_____
HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE