UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PETER F. THOMAS, | ) | Case No. CV 11-9509 JAK (MRW) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| UNKNOWN, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATE: 12/19/2011

_____
HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE